IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER Q. EVARISTO and ELIZABETH B. EVARISTO,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A., also known as Wachovia Mortgage, a division of Wells Fargo Bank, N.A., formerly known as World Savings Bank, FSB, REGIONAL TRUSTEE SERVICE CORPORATION, and U.S. BANCORP a subsidiary of U.S. Bank National Association – Trustee, Supplemental Interest Trust Trustee and Custodian,<br><br>Defendants. | No. C 11-03272 WHA<br><br>**ORDER TO SHOW CAUSE** |

Defendants move to dismiss and strike the complaint (Dkt. Nos. 6, 7, 16). Pursuant to Civil Local Rule 7-3, any brief in opposition to defendants' motions was due on August 11, 2011, but no such opposition has been received. <u>Plaintiffs Peter and Elizabeth Evaristo are ordered to respond by **SEPTEMBER 2, 2011**, and show cause for their failure to respond to the motions.</u> This order to show cause does not constitute permission to file a late opposition. The hearing on September 8, 2011, is **VACATED**. A new hearing shall be noticed by the Court if necessary. If plaintiffs do not respond by September 2, this case will be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: August 15, 2011.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE